UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.  Docket No: 9:10-mj-08384-LRJ-1

JUAN REYES,

   Defendant,
_____/

## NOTICE OF APPEARANCE

COMES NOW, Juan Reyes, by and through undersigned counsel and provides this Notice of Appearance in the above captioned case and requests that future notices, pleadings etc. be directed to the undersigned.

Done this 21st day of December 2010

                                        Respectfully Submitted,

                                        S/ Maria Elena Pérez
                                        MARIA ELENA PÉREZ
                                        Florida Bar No. 0487910
                                        MARIA ELENA PÉREZ, P.A.
                                        145 Madeira, Suite 310
                                        Coral Gables, Florida 33134
                                        Tel.: (305) 461-3100
                                        Fax: (305) 461-3444

# CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished to all parties involved in this case, via EM/ECF, this <u>21st</u> day of December, 2010.

        Respectfully Submitted,

        <u>S/ Maria Elena Pérez</u>
        MARIA ELENA PÉREZ
        Florida Bar No. 0487910
        MARIA ELENA PÉREZ, P.A.
        145 Madeira, Suite 310
        Coral Gables, Florida 33134
        Tel.: (305) 461-3100
        Fax: (305) 461-3444